IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HAN, As Special Administrator for the Estate of Young Han, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>HILLCREST HEALTH SYSTEMS, INC.; RED OAK HEALTH SERVICES, INC.; HILLCREST OPERATING VENTURES, LLC; RELYCARE PARTNERS, LLC; YOUR HOMETOWN PHARMACY INC.; OSIE, INC.; and JOHN DOES 1-2,<br><br>Defendants. | 8:22CV264<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

This case is before the Court on the parties' Stipulation of Dismissal. Filing 7. The Stipulation is signed by counsel for plaintiff and all defendants and jointly requests dismissal without prejudice. Pursuant to the parties' Stipulation of Dismissal, this case is dismissed without prejudice. Unless the parties agree or have agreed otherwise, each party shall pay its own costs and attorney fees.

Dated this 5th day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge